**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 31, 2003**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30225
Summary Calendar

MILES HARTSELL,

Plaintiff-Appellant,

versus

SHARON BRIDGE, ET AL.,

Defendants,

GALLAGHER BASSETT SERVICES INC.,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 05-CV-01-2619
--------------------

Before JONES, BENAVIDES and CLEMENT, Circuit Judges.

PER CURIAM:*

On appeal, Hartsell challenges the district court's grant

of summary judgment for Gallagher Bassett Services, Inc., the

manager of a disability policy for the trucking company for which

Hartsell worked.  Hartsell asserts that he should have received

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

more money from the policy after he suffered a back injury, and that Bassett should not have reduced his payment due to his receipt of Social Security benefits.

Hartsell's brief contains no meaningful legal argument and no record references, though he attaches some medical records to it. The brief is inadequate to raise any issues that we can comprehend on appeal. <u>Cinel v. Connick</u>, 15 F.3d 1338, 1345 (5th Cir. 1994). Further, while Hartsell's reply brief is more factually detailed, we cannot consider arguments raised for the first time in a reply brief. <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).

Even if we were to address Hartsell's appeal on the merits, we would agree with the district court's conclusion and reasoning that Bassett complied with the disability agreement and paid Hartsell what he was due.

The judgment of the district court is **AFFIRMED**.